UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HOLLY LYNNE BUCKMASTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:21-CV-0303-SKL |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to and consistent with the Order of Remand Under Sentence Four of 42 U.S.C. § 405(g) [Doc. 22], this action is **DISMISSED**.

                                                s/ LeAnna R. Wilson
                                                LeAnna R. Wilson
                                                CLERK OF COURT